***E-FILED ON 5/31/05***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAREK MOLSKI; and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS,<br><br>       Plaintiffs,<br><br>   v.<br><br>FRIAR TUCK'S RESTAURANT; and GREGORY ALAN CELLITTI,<br><br>       Defendants.  / | No. C04-04488 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this action has settled. In light of the settlement, all trial and pretrial dates have been vacated.

**On or before June 30, 2005**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **July 12, 2005, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than July 5, 2005**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause

hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

Dated:  May 31, 2005

    /s/ Howard R. Lloyd_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:04-cv-4488 Notice will be electronically mailed to:

2  Jessica Dayton     jdayton@disabilitieslaw.com

3  Thomas E. Frankovich     tfrankovich@disabilitieslaw.com

4  Thuy Minh-Ha Hoang     thoang@disabilitieslaw.com

5  Charles R. Keller     ckeller@fentonkeller.com

6  Timothy M. Stuart     TStuart@FentonKeller.com

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California