| | |
|---|---|
| 1  THOMAS E. FRANKOVICH (State Bar No. 074414)<br>   JESSICA A. DAYTON (State Bar No. 231698)<br>2  THOMAS E. FRANKOVICH,<br>   *A Professional Law Corporation*<br>3  2806 Van Ness Avenue<br>   San Francisco, CA 94109<br>4  Telephone:   415/674-8600<br>   Facsimile:   415/674-9900 | **\*E-FILED ON 8/9/05\*** |

Attorneys for Plaintiffs JAREK MOLSKI
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and<br>DISABILITY RIGHTS ENFORCEMENT,<br>EDUCATION, SERVICES:HELPING<br>YOU HELP OTHERS, a California public<br>benefit corporation,<br><br>         Plaintiffs,<br><br>v.<br><br>FRIAR TUCK'S RESTAURANT;<br>GREGORY ALAN CELLITTI, an<br>individual dba FRIAR TUCK'S<br>RESTAURANT,<br><br>         Defendant.<br>_____ | CASE NO. C04-4488 HRL<br><br>**STIPULATION OF DISMISSAL AND**<br>**XXXXXXXX ORDER THEREON**<br><br>**(MODIFIED BY THE COURT)** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

1  This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: August 4, 2005                THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*

                                     By: _____/s/_____
                                            Jessica A. Dayton
                                     Attorneys for Plaintiffs PATRICK CONNALLY
                                     and DISABILITY RIGHTS ENFORCEMENT,
                                     EDUCATION SERVICES

Dated: August 4, 2005                LAW OFFICES OF FENTON & KELLER

                                     By: _____/s/_____
                                            Charles R. Keller, Esq
                                     Attorneys for Defendant GREGORY ALAN
                                     CELLITTI, an individual dba FRIAR TUCK'S
                                     RESTAURANT

### ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to **until August 8, 2006** Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _____**August 9**__, 2005

                                     /s/ Howard R. Lloyd
                                     Hon. Howard R. Lloyd
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER THEREON                               2